**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-7167**

———————

ABEL DIAZ,

             Petitioner - Appellant,

     v.

WARDEN FCI BENNETTSVILLE,

             Respondent – Appellee,

        and

UNITED STATES OF AMERICA,

             Respondent.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Bruce H. Hendricks, District Judge.
(4:15-cv-00237-BHH)

———————

Submitted:  December 15, 2016        Decided:  December 20, 2016

———————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Abel Diaz, Appellant Pro Se.  Jimmie Ewing, Assistant United States
Attorney, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abel Diaz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Diaz v. Warden FCI Bennettsville, No. 4:15-cv-00237-BHH (D.S.C. Aug. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED